IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

## MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGE: Mark E. Ford, U. S. Magistrate Judge |
| PLAINTIFF | REPORTER: Debbie Maddox, Digital Recorder |
| ATTY: Brandon Carter | CLERK: Debbie Maddox |
| JULIE ANN PYLES | CASE NO. 2:20-cr-20017-010 |
| DEFENDANT | |
| ATTY: Robert Marquette | DATE: September 21, 2020 |

ACTION: Detention Hearing

| TIME | MINUTES |
|---|---|
| 2:02 pm | Convene |
| | Opening remarks by Court |
| | Testimony on behalf of Government |
| |   1. Matthew Ferguson |
| | Government rests |
| | Testimony on behalf of Defendant |
| |   2. Ryan Forsyth |
| |   3. Brenda Irving |
| | Statement to Court by Attorney Marquette - request to continue Detention Hearing; request denied by Court |
| | Statement to Court by Attorney Marquette |
| | Argument by Attorney Carter |
| | Argument by Attorney Marquette |
| | Discussion by Court; Court detains Defendant |
| | Defendant advised of right to appeal |
| 3:12 pm | Adjourn |