AO 432 (Rev. 2/84)

**Administrative Office of the United States Courts**

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | | PAGE NUMBER |
|---|---|---|---|---|
| 9/21/2020 | 2:20-cr-20017-010 | Debbie Maddox | | 1 |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| USA v Julie Ann Pyles | | | | | |
| DETENTION HEARING | | | | | |
| | | | | | |
| 1. Matthew Ferguson | x | x | | | |
| 2. Ryan Forsyth | x | | | | |
| 3. Brenda Irving | x | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |