IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                         Case No. 2:20-cr-20017-010

JULIE ANN PYLES aka Julie Ann Perceful                                      DEFENDANT

### O R D E R

At the detention hearing held this date, the Court, after hearing testimony and reviewing evidence presented, detained the Defendant. Defendant remanded to custody of the U. S. Marshals Service.

Dated: September 21, 2020

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE